```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                      FORT MYERS DIVISION
```

RACHEL HYATT, on behalf of
herself and others similarly
situated,

       Plaintiff,

v.                                    Case No: 2:14-cv-486-FtM-29CM

SENIORBRIDGE FAMILY
COMPANIES (FL), INC., a
Florida profit corporation,

       Defendant.

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #24), filed February 20, 2015, recommending that the Joint Motion for Settlement Approval and Dismissal With Prejudice (Doc. #21) be granted, the Settlement Agreement (Doc. #23-1) be approved, and the case dismissed with prejudice. The parties filed a Joint Motion to Waive Exception Period (Doc. #25) on February 23, 2015, seeking to waive the 14 day objection period.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific

objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court grants the request to waive the objection period and accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.  The parties' Joint Motion to Waive Exception Period (Doc. #25) is **granted**.

2.  The Report and Recommendation (Doc. #24) is hereby **adopted** and the findings **incorporated** herein.

3.  The parties' Joint Motion for Settlement Approval and Dismissal With Prejudice (Doc. #21) is **granted** and the Settlement Agreement (Doc. #23-1) is approved as a fair and reasonable resolution of a bona fide dispute.

4.   The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __23rd__ day of February, 2015.

*[Signature: John E. Steele]*
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties